UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KELSEY WILBORN, JR.                                                                                   PLAINTIFF

V.                                              CIVIL ACTION NO. 3:22-CV-187-DPJ-FKB

HOLMES COUNTY, ET AL.                                           DEFENDANTS

JUDGMENT

For the reasons stated in the December 19, 2022 Order [24] and the Order entered this date, this case is finally dismissed.

**SO ORDERED AND ADJUDGED** this the 24th day of April, 2023.

                                                        s/ *Daniel P. Jordan III*
                                                        CHIEF UNITED STATES DISTRICT JUDGE