# United States Court of Appeals
## for the Fifth Circuit

_____

No. 23-60277
_____

**A True Copy**
**Certified order issued Jul 25, 2023**

Kelsey Wilborn, Jr.,

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

*Plaintiff—Appellant,*

*versus*

Holmes County; Warden Barry Rule; Sheriff Willie March; Correctional Officers John Does 1-5,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:22-CV-187

_____

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of July 25, 2023, pursuant to appellant's motion.

No. 23-60277

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT